

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

April 13, 2021

**BY ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:  *Suero v. Commissioner of Social Security*, No. 20 Civ. 10727 (SLC)

Dear Judge Cave:

 This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny his application for Social Security disability benefits.

 I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from April 13, 2021, to June 14, 2021. The extension is needed due to delays in preparing the certified administrative record resulting from temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

 The plaintiff consents to this request, and this is the Commissioner's first request for an extension of time in in this case. I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

 /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Cell: (646) 596-1952
Email: amanda.parsels@usdoj.gov

> Defendant's letter-motion requesting an extension of time to file the certified administrative record ("CAR") (ECF No. 13) is GRANTED, and the deadline to file the CAR is EXTENDED to **Monday, June 14, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 13.
>
> SO-ORDERED 4/14/2021

SARAH L. CAVE
United States Magistrate Judge