UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JULIO SUERO,

        Plaintiff,

vs.                                              Civil Action No.:
                                                          1:20-CV-10727-SLC

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## ORDER

      AND, NOW, this __2nd__ day of __August__, 2021, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is due September 13, 2021.  All subsequent deadlines are also extended by thirty (30) days.

      The Clerk of Court is respectfully directed to close ECF No. 16.

8/2/2021

_____
SARAH L. CAVE
United States Magistrate Judge