UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIO SUERO,

        Plaintiff,

vs.                                                                        Civil Action No.:
                                                                   1:20-CV-10727-SLC

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

AND, NOW, this __7th__ day of __September__, 2021, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due October 13, 2021. All subsequent deadlines are also extended by thirty (30) days.

The Clerk of Court is respectfully directed to close ECF No. 18.

SO ORDERED 9/7/2021

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge