UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JULIO SUERO,

        Plaintiff,

vs.                                                                    Civil Action No.:
                                                                    1:20-CV-10727-SLC

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## **ORDER**

      AND, NOW, this __8th__ day of October, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is due October 27, 2021.  Defendant's opposition to Plaintiff's motion and cross-motion is due December 27, 2021.  Plaintiff's reply, if any, is due January 17, 2022.

The Clerk of Court is respectfully directed to close ECF No. 20.

SO ORDERED 10/8/21

*Sarah␣Cave*
SARAH L. CAVE
United States Magistrate Judge