**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JULIO SUERO,

               Plaintiff,               20 **CIVIL** 10727 (SLC)

     -v-                               **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 15, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including the opportunity for a hearing and de novo decision, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
         February 15, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                   **BY:**     *K. Mango*
                                                                     **Deputy Clerk**